IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| KOLBY JAE MCKAY, a/k/a KOLBY WOODS | Violation: 18 U.S.C. §§ 1111 and 1153 |

## Second-Degree Murder within Indian Country

The Grand Jury Charges:

On or about April 3, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

KOLBY JAE MCKAY,
a/k/a KOLBY WOODS,

an Indian, did unlawfully kill a human being, namely, M.R.H., an Indian, with malice aforethought;

In violation of Title 18, United States Code, Sections 1111 and 1153.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

LHC/th